IRWIN *et al. v.* PEARSON, Marshal.

ATKINSON, Presiding Justice. The petitioners sought cancellation of a city tax execution, and injunction against enforcement of a levy in pursuance of such execution, alleging that the assessment on which the execution issued for 1947 city taxes was illegal for stated reasons, and also in violation of the due-process clause of the State Constitution, and further alleging that the property levied upon had been included in other returns by the petitioners and assessments and demands made thereon by the city; but it not being alleged that the petitioners had offered to do equity by tendering any amount admitted to be due, the petition failed to set forth a cause of action, and the trial court did not err in sustaining the defendant's general demurrer on this ground. *Mayor & Aldermen of Savannah* v. *Fawcett,* 186 *Ga.* 132 (2) (197 S. E. 253), and cases cited on p. 139; *Clisby* v. *Macon,* 191 *Ga.* 749 (2) (13 S. E. 2d, 772); *Kent* v. *Alamo,* 193 *Ga.* 445 (2) (18 S. E. 2d, 769); *Behr* v. *Macon,* 194 *Ga.* 334 (3) (21 S. E. 2d, 169). *Judgment affirmed. All the Justices concur.*

No. 16437. JANUARY 11, 1949.

*Harris, Henson & Spence,* for plaintiff.
*Rex T. Reeves,* for defendant.